No. 467, October Term, 1962. Alvado et al. v. General Motors Corp., 371 U. S. 925, 965, 375 U. S. 871, 379 U. S. 870. Motion for leave to file fourth petition for rehearing denied. Mr. Justice Douglas and Mr. Justice Fortas took no part in the consideration or decision of this motion.

No. 1055, Misc., October Term, 1964. Hilbrich v. United States, 381 U. S. 941, 382 U. S. 874; and

No. 1159, Misc., October Term, 1964. Uselding v. United States, 381 U. S. 941, 382 U. S. 874. Motions for leave to file second petitions for rehearing denied. Mr. Justice Douglas and Mr. Justice Fortas took no part in the consideration or decision of these motions.

No. 1158. Lenske v. Oregon ex rel. Oregon State Bar, ante, p. 943. Motion to dispense with printing of petition for rehearing granted. Rehearing denied. Mr. Justice Douglas took no part in the consideration or decision of this motion or this petition.

No. 481, Misc. Alford v. Arizona, 382 U. S. 1020. Rehearing denied. Mr. Justice Douglas would grant the petition for rehearing, vacate the order denying the petition for a writ of certiorari and grant the petition for writ of certiorari. He would vacate the judgment below and remand the case for reconsideration in light of Miranda v. Arizona, ante, p. 436, it being impossible to say on the record whether the principles announced in that case have been violated.

No. 1374, Misc. Moore v. California et al., ante, p. 934. Motion for leave to file petition for rehearing denied. Mr. Justice Douglas took no part in the consideration or decision of this motion.